Anna A. Curtis v. Anton Lemien.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Daniel Ellison v. Jacques M. Perlman.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Joshua Heit v. Harris Blankstein.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Guy L. Nelson v. M. Morganthau Company.— Application granted. Order signed. If a stay pending determination of appeal is desired, motion therefor should be made to the court on the next motion day, July tenth. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

David Harris v. W. M. Levett Company.— Application granted. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Alfonso S. Carbonelli v. Henri Isakson.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

T. Parker Company v. The City of New York.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

United Sponging Company v. Preferred Accident Insurance Company.— Motion to go to Court of Appeals denied, with ten dollars costs. Motion for resettlement granted. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

E. A. Valentine v. J. Williams, Inc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Lester J. Sinsheimer v. Underpinning and Foundation Company.— Motion granted. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Francis P. Sherwood v. Theodore S. Holbrook.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Estelle P. Anderson v. Steinway & Sons.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Patrick Brennan v. Philadelphia and Reading Coal Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of Robert F. Amend.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Anchor Realty Company v. Bankers Trust Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.